

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SPN:MKM

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 12, 2021

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Rafael Esquivel</u>
                 <u>Criminal Docket No. 15-252 (S-1) (PKC)</u>

Dear Judge Chen:

      Defendant Rafael Esquivel pleaded guilty in the above-captioned matter on November 10, 2016.  The government respectfully requests that the case proceed to sentencing on May 24, 2021 at 2:00 p.m.  Counsel for the defendant consents to this request.

                                    Respectfully submitted,

                                      SETH D. DuCHARME
                                      Acting United States Attorney

                    By:     /s/
                                      Samuel P. Nitze
                                      M. Kristin Mace
                                      Keith D. Edelman
                                      Assistant U.S. Attorneys
                                      (718) 254-7000

cc:    Counsel of record (by ECF)
        Clerk of Court (PKC) (by ECF)