

DAVID I. GOLDSTEIN*+
KIM M. RAYNER *
R. 1:40 Court Approved Mediator

CLAUDIA B. BATARSEH *

MEMBER NY/NJ BAR•
MEMBER IL BAR +

LAW OFFICES OF
GOLDSTEIN & RAYNER

*ATTORNEYS AT LAW*
One Blue Hill Plaza
5th Floor, P.O. Box 1665
Pearl River, New York 10965
(845) 356-4600

(845) 356-4902 Fax
(not for service)

Email address: dig54@aol.com

April 25, 2022

**Via Electronic Filing**
Hon. Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Raphael Esquivel
      Cr. No.: **15-252 (S-1) (RJD)**

Honorable Madam:

With reference to the above-captioned matter, attached please find application for an Order Modifying Conditions of Release. Upon consent of AUSA M. Kristen Mace, and EDNY Pretrial Officer Amanda Carlson we ask the Court to allow this amendment to the original Order Modifying Conditions of Release.

Thank you for your courtesy and consideration in this matter.

Respectfully Submitted,

LAW OFFICES OF GOLDSTEIN & RAYNER

BY: _____
DAVID I. GOLDSTEIN

DIG:dp
Encl.
cc:   *(via email)* M. Kristen Mace, A.U.S.A.
      *(via fax)* Officer Amanda Carlson, Pretrial Services

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

                        Plaintiff,

   -against-

RAFAEL ESQUIVEL,

                        Defendant.
------------------------------------------------------------x

Cr. No.: **1:15-cr-00252-RJD-RML**

**ORDER MODIFYING**
**CONDITIONS OF RELEASE**

     Defendant, RAFAEL ESQUIVEL, having entered pleas of guilty before this Court, and having accepted responsibility for his actions, requests this Court to modify the conditions of bail previously set by this Court on November 10, 2016.  Pursuant to said request, to which the government has consented, it is hereby Ordered that the following modifications will be made:

     1.    On consent of AUSA M. Kristin Mace, and EDNY Pre-Trial Services Officer Amanda Carlson, the condition of electronic monitoring and home detention at his residence will be removed as a condition of his release on bail.

     **IT IS HEREBY ORDERED** that all other conditions of bail previously set will remain.

**Dated:**     **Brooklyn, New York**
                **April _____, 2022**

E N T E R :

_____
Hon. Pamela K. Chen, U.S.D.J.